IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-cv-00323-F

| | | |
|---|---|---|
| LOGAN DEVELOPERS, INC. *dba* LOGAN HOMES, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| HERITAGE BUILDINGS, INC., VIVEK SIKKA, ROBERT GARY, and ELIZABETH GARY | ) ) ) | |
| Defendants | ) | |

This matter is before the Court on a motion by Plaintiff Logan Developers, Inc. dba Logan Homes for an order, before a notice of appeal is filed, under Federal Rule of Civil Procedure 58(e) declaring that the Motion for Attorneys' Fees filed on June 19, 2014 by Defendants Heritage Buildings, Inc., Vivek Sikka, Robert Gary, and Elizabeth Gary [DE-92] is to have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

IT IS SO ORDERED.

This, the 3' day of July, 2014.

JAMES C. FOX
Senior United States District Judge